WILLIAM BUTLER, as Administrator, etc., of WALTER BUTLER, Deceased, Appellant, v. ROBINS DRY DOCK AND REPAIR COMPANY, Respondent.— Judgment

* Added by Laws of 1911, chap. 571.— [REP.

unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.